UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Anthony BELL, Defendant–Appellant.

No. 00–7014.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Allen Bethea Burnside, Columbia, SC, for appellant. Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael Anthony Bell appeals the district court's order denying relief on his motion for resentencing under 18 U.S.C.A. § 3582(c) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Bell,* No. CR–91–189 (D.S.C. July 14, 2000). Bell's motions for appointment of counsel on appeal and to file a formal brief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*